**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
 Norman B. Blumenthal (State Bar #068687)
 Kyle R. Nordrehaug (State Bar #205975)
 Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA GORDON, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AEROTEK, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **5:17-cv-00225-DOC-KK**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: December 3, 2018<br>Hearing Time: 8:30 a.m.<br><br>Judge: Hon. David O. Carter<br><br>Courtroom 9D, 9th floor<br>Ronald Reagan Federal Building,<br>United States Courthouse,<br>411 West Fourth Street,<br>Santa Ana, CA, 92701 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on December 3, 2018, at 8:30 a.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building, 411 West Fourth Street, Santa Ana, CA, 92701, in Courtroom 9D, before the Honorable David O. Carter, Plaintiff Mia Gordon ("Plaintiff") will move for preliminary approval of the proposed Settlement with Defendant Aerotek, Inc. ("Defendant"). This motion is unopposed as based on the Stipulation and Settlement Agreement ("Stipulation" or "Settlement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion and the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: October 2, 2018         BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:     */s/ Norman Blumenthal*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff