**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIA GORDON, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AEROTEK, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **5:17-cv-00225-DOC-KK**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: April 15, 2019<br>Hearing Time: 8:30 a.m.<br><br>Judge: Hon. David O. Carter<br><br>Courtroom 9D, 9th floor<br>Ronald Reagan Federal Building,<br>United States Courthouse,<br>411 West Fourth Street,<br>Santa Ana, CA, 92701 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on April 15, 2019, at 8:30 a.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building, 411 West Fourth Street, Santa Ana, CA, 92701, in Courtroom 9D, before the Honorable David O. Carter, Plaintiff Mia Gordon ("Plaintiff") will move for final approval of the proposed Class Settlement with Defendant Aerotek, Inc. ("Defendant").

This motion is brought in accordance with the Order dated January 23, 2019 [Doc. No. 68] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Stipulation and Settlement Agreement ("Stipulation" or "Settlement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of the Claims Administrator (to be filed in advance of the hearing after the April 5, 2019 deadline), the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Stipulation.

Respectfully submitted,

Dated: March 18, 2019        BLUMENTHAL NORDREHAUG BHOWMIK
                             DE BLOUW

                       By:    */s/ Kyle Nordrehaug*
                             Norman B. Blumenthal
                             Kyle R. Nordrehaug
                             Attorneys for Plaintiff