UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. ED CV 17-0225-DOC-KK                                  Date:  April 11, 2019

Title: MIA GORDON V. AEROTEK, INC. ET AL

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):** ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [70] AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS [69]

Before the Court is Plaintiff Mia Gordon's ("Plaintiff") Motion for Final Approval of Class Action Settlement (Dkt. 70) and Motion for Attorney Fees and Costs (Dkt. 69). Having read the briefing and considered the arguments, and for the reasons stated on the record during the hearing held on April 11, 2019, the Court GRANTS Plaintiff's Motion for Final Approval of Class Action Settlement[70] and GRANTS Plaintiff's Motion for Attorney Fees and Costs [69].

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: djl